# *Civil*
# *Direct TV / Comair Case*

Case number **5:07CV-353**

Assigned : Chief Judge Joseph M. Hood
Judge Code : 4311

Assigned on 10/19/2007