```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF KENTUCKY
                  CENTRAL DIVISION at LEXINGTON
```

|   |   |
|---|---|
| IN RE CLASSICSTAR MARE LEASE LITIGATION | ) <br> ) MDL No. 1877 <br> ) ALL CASES <br> ) <br> ) Master File: <br> ) Civil Action No. 5:07-cv-353-JMH <br> ) <br> ) **ORDER** |

\*\*\* \*\*\* \*\*\*

Upon its own motion and noting that there was an error in the Interim Practice and Procedure order dated October 22, 2007 [Record No. 2],

**IT IS ORDERED,**

(1) That Paragraph 14 of the Interim Practice and Procedure Order shall be and the same hereby is **AMENDED** to reflect that the Court will be guided by the <u>Manual for Complex Litigation, Fourth</u> approved by the Judicial Conference of the United States, and that counsel are directed to familiarize themselves with that publication.

(2) The Clerk is directed to serve this Order to counsel of record in this matter and all related cases and counsel in any additional case that may be filed, removed, or transferred hereto related to the ClassicStar mare lease litigation.

This the 23rd day of October, 2007.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge